IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERFORD LLC,

    Plaintiff,

vs.                                  CASE NO.: 4:07cv171-SPM/WCS

DANIEL WILLIAM GARLICK, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's unopposed motion (doc. 83) for extension of time to respond to the motions for summary judgement is granted.  Plaintiff shall have up to and including July 7, 2008, to file and serve his responses.

SO ORDERED this 23rd day of June, 2008.

                                                    *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                             United States District Judge