IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERFORD LLC,

    Plaintiff,

vs.                                  CASE NO.: 4:07cv171-SPM/WCS

DANIEL WILLIAM GARLICK, et al.,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION IN LIMINE

This cause comes before the Court on Plaintiff's Motion in Limine to exclude evidence concerning problems Plaintiff experienced with obtaining financing and easements.  Doc. 98.  The evidence is relevant to show the factors that Plaintiff may have considered in deciding to purchase the property and later to abandon the purchase.  These are material issues in the case.  Accordingly, it is

ORDERED AND ADJUDGED:  Plaintiff's Motion in Limine (doc. 98) is denied.

DONE AND ORDERED this 2nd day of February, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge