IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERFORD LLC,

    Plaintiff,

vs.                                     CASE NO.: 4:07cv171-SPM/WCS

DANIEL WILLIAM GARLICK, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO STRIKE EXPERT

This cause comes before the Court on the motion by Defendants Daniel Garlick and Garlick Environmental to strike Plaintiff's expert witness, Rosanne Clementi. Doc. 99. Because the Court has granted summary judgment in favor of Defendants on the professional negligence claim, any questions about Ms. Clementi's ability to testify on the professional standard of care have been rendered moot. Ms. Clementi's testimony is not needed on the professional negligence claim and Plaintiff has not identified any other subject of Ms. Clementi's testimony that would be relevant to the case. Accordingly, it is

ORDERED AND ADJUDGED: the motion to strike (doc. 99) is granted.

DONE AND ORDERED this 2nd day of February, 2009.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge