IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERFORD LLC,

    Plaintiff,

vs.           CASE NO.: 4:07cv171-SPM/WCS

DANIEL WILLIAM GARLICK, et al.,

    Defendants.

_____/

**ORDER DENYING MOTION TO STRIKE REAMER AFFIDAVIT**

    This cause comes before the Court on the motion by Defendants BDI and Stinson to strike the affidavit of John Remear.  Doc. 91.  For the following reasons, the motion to strike will be denied.

    1.     The "facts" section of Plaintiff's response to summary judgment (doc. 86) substantially complies with the requirement of Northern District of Florida Local Rule 56.1(A).

    2.     Any statements made by Reamer concerning Waterford's ability to obtain financing to close on the deal were not material to the issues on summary judgment.

    3.     Any discrepancies between Reamer's affidavit and his deposition testimony are not inherently irreconcilable so was to warrant striking the affidavit

as a sham.  See Tippens v. Celotex Corp., 805 F.2d 949, 953-55 (11th Cir. 1986).  Accordingly, it is

    ORDERED AND ADJUDGED: the motion to strike (doc. 91) is denied.

    DONE AND ORDERED this 2nd day of February, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge