IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WATERFORD, LLC,

    Plaintiff,

v.        CASE NO.: 4:07cv171-SPM/WCS

DANIEL WILLIAM GARLICK,
GARLICK ENVIRONMENTAL
ASSOCIATES, INC., STEVEN
WAYNE STINSON, and
BASKERVILLE-DONOVAN, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement with Defendant, Daniel William Garlick and Garlick Environmental Associates, Inc. (doc. 227) and the Notice of Settlement with Defendants, Steven Wayne Stinson and Baskerville-Donovan, Inc., and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 6th day of August, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge